UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CLARENCE AND TAMMY FROST,	Case No. 24-CV-1490 (PJS/LIB)

　　　　Plaintiff,

v.	ORDER OF DISMISSAL

CHEWY INC.,

　　　　Defendant.

---

Based upon the Stipulation for Dismissal filed by the parties on July 26, 2024 [ECF No. 13],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: August 5, 2024

　　　　　　　　　　　　　　　　　　　　s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz, Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court